AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas, Marshall Division

FILED-CLERK
U.S. DISTRICT COURT
2013 MAY 16 AM 11: 34
TX EASTERN-MARSHALL
BY_____

ExitExchange Corp.
*Plaintiff(s)*

v.

Civil Action No. 2:13-cv-396

FriendFinder Networks, Inc.
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
FriendFinder Networks, Inc.
c/o CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Elizabeth L. DeRieux, Capshaw DeRieux, LLP, 114 E. Commerce Ave., Gladewater, Texas 75647

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: 05/13/13

_David Maland_
Signature of Clerk or Deputy Clerk

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Elizabeth L. DeRieux SBN 05770585<br>Capshaw DeRieux, LLP<br>114 E. Commerce Ave.<br>Gladewater TX 75647<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>9032352833<br><br>Ref. No. or File No.<br>1291-002 | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - EASTERN DISTRICT, MARSHALL<br>100 East Houston Street<br>Marshall, TX 75670 | | |
| SHORT TITLE OF CASE:<br>ExitExchange Corp. vs FriendFinder Networks, Inc. | | |
| INVOICE NO.    DATE:    TIME:    DEP./DIV.<br>898607 | | CASE NUMBER:<br>2:13-cv-396 |

United States District Court
Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons; Complaint; Exibit A - '229 Patent; Civil Cover Sheet;

On: FriendFinder Networks, Inc., a Florida corporation

At: 1201 Hays Street
    Tallahassee, FL 32301

In the above mentioned action by personally serving to and leaving with

Nathan Huth
Whose title is: Admin for CSC

On: 5/14/2013                    At: 01:20 PM

Person who served papers
   a. Name: Brennan Fogarty
   b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
   c. Telephone number: 909-664-9565
   d. The fee for this service was: 199.00
   e. I am:
   (3) [X] a registered FL process server:
       (i) [X] Independent Contractor
       (ii) Registration No.:
       (iii) County:

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

5/14/2013

Brennan Fogarty

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-14

**Declaration of Service**