UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:13-cv-396-JRG

Name of party requesting extension: FriendFinder Networks, Inc.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 05/14/2013

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 07/05/2013   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Andrew W. Stinson

State Bar No.: 24028013

Firm Name: RAMEY & FLOCK, P.C.

Address: 100 E. Ferguson Street
Suite 500
Tyler, TX  75702

Phone: 903-597-3301

Fax:  903-597-2413

Email: astinson@rameyflock.com

A certificate of conference does not need to be filed with this unopposed application.