UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FRIENDFINDER NETWORKS, INC., <br><br> Defendant. | CIVIL ACTION NO. 2:13-cv-00396-JRG <br><br> **JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

On this day came to be heard Defendant Friendfinder Networks, Inc.'s Partial Motion to Dismiss pursuant to Rule 12(b)(6), requesting that the Court dismiss Plaintiff's claims for induced infringement, contributory infringement, and willful infringement. The Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Defendant FriendFinder Networks, Inc.'s Motion Dismiss is GRANTED and Plaintiff's claims for induced infringement, contributory infringement, and willful infringement are hereby DISMISSED in all respects.