IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation | § § | |
| *Plaintiff*, | § § | |
| vs. | § | Case 2:13-cv-00396-JRG |
| | § | |
| FRIENDFINDER NETWORKS, INC., | § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § § | |

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Came on for consideration Defendant Friendfinder Networks, Inc.'s Motion to Dismiss (Dkt. 11). The Court finds it to be without merit, and is therefore DENIED.