UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., <br><br>    Plaintiff, <br><br> v. <br><br> FRIENDFINDER NETWORKS, INC., <br><br>    Defendant. | CIVIL ACTION NO.  2:13-cv-00396-JRG <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT FRIENDFINDER NETWORKS INC.'S JOINDER TO DEFENDANTS KAYAK SOFTWARE CORPORATION'S, TRIPADVISOR, INC.'S AND TRAVELOCITY.COM LP'S MOTIONS TO STAY LITIGATION PENDING REEXAMINATION OF THE PATENT-IN-SUIT**

Defendant FriendFinder Networks Inc. ("FriendFinder"), by and through the undersigned counsel hereby submits this joinder to Defendants Kayak Software Corporation's ("Kayak") *(2:13-CV-00397; Dkt. No. 15);* TripAdvisor, Inc.'s ("TripAdvisor") *(2:13-cv-00406; Dkt. No. 16);* and Travelocity.com LP's ("Travelocity") *(2:13-cv-00404; Dkt. No. 17)* Motions to Stay Litigation Pending Reexamination of the Patent-in-Suit, and incorporates herein, the arguments made by Kayak, TripAdvisor and Travelocity in their Motions to Stay, which were filed on July 8, 2013 and July 29, 2013, respectively.  Accordingly, FriendFinder specifically joins in support of the arguments made by Kayak, TripAdvisor and Travelocity in their Motions, as if fully set forth herein.  For the reasons set forth in the Motions, FriendFinder respectfully requests that the Court grant in the above-styled matter the same relief requested by Kayak, TripAdvisor and Travelocity in their respective Motions to Stay, and grant such other and further relief as the Court deems just and proper.

1

Dated: August 23, 2013                     Respectfully submitted,

                          By:  */s/ Andrew W. Stinson*

                          Frank M. Gasparo (Admitted Pro Hac Vice)
                          Venable LLP
                          1270 Avenue of the Americas
                          Twenty-Fourth Floor
                          New York, New York 10020
                          Telephone:  (212) 307-5500
                          Facsimile:  (212) 307-5598
                          fmgasparo@venable.com

                          Andrew W. Stinson
                          State Bar No. 24028013
                          RAMEY & FLOCK PC
                          100 East Ferguson, Suite 500
                          Tyler, Texas 75702
                          Telephone (903) 597-3301
                          astinston@rameyflock.com

                          ATTORNEYS FOR DEFENDANT
                          FRIENDFINDER NETWORKS INC.


**CERTIFICATE OF CONFERENCE**

      The undersigned certifies that Defendant has complied with the meet and confer requirement in Local Rule CV-7.  Specifically, on August 22, 2013, counsel of record for Defendant FriendFinder Networks Inc., Andrew W. Stinson, conferred with Elizabeth L. DeRieux, counsel for Plaintiff, concerning the relief requested and counsel for Plaintiff is opposed to the relief requested.

                          */s/ Andrew W. Stinson*
                          Andrew W. Stinson

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 23, 2013 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                            */s/ Andrew W. Stinson*
                                            Andrew W. Stinson