UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FRIENDFINDER NETWORKS, INC., <br><br> Defendant. | CIVIL ACTION NO.  2:13-cv-00396-JRG <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT FRIENDFINDER NETWORKS INC.'S CORPORATE
DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Friendfinder Networks Inc. hereby states that it is a publicly held corporation and does not have a parent corporation.

Dated: August 23, 2013

Respectfully submitted,

By: */s/ Andrew W. Stinson*

Frank M. Gasparo (Admitted Pro Hac Vice)
Venable LLP
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
Telephone:  (212) 307-5500
Facsimile:  (212) 307-5598
fmgasparo@venable.com

1

>Andrew W. Stinson
>State Bar No. 24028013
>RAMEY & FLOCK PC
>100 East Ferguson, Suite 500
>Tyler, Texas 75702
>Telephone (903) 597-3301
>astinston@rameyflock.com
>
>ATTORNEYS FOR DEFENDANT
>FRIENDFINDER NETWORKS INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 23, 2013 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>*/s/ Andrew W. Stinson*
>Andrew W. Stinson