**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation | § § § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Case No. 2:13-cv-00396-JRG |
| | § | |
| FRIENDFINDER NETWORKS, INC. | § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § | |

**PLAINTIFF EXITEXCHANGE CORP.'S NOTICE OF DISCLOSURES**

Plaintiff ExitExchange Corp. ("ExitExchange") hereby notifies the Court that pursuant to the Court's August 17, 2013 Order (Dkt. 14) and P.R. 3-1 and P.R. 3-2, it served its Infringement Contentions on FriendFinder Networks, Inc. via electronic mail and/or ftp link.

Respectfully submitted,

Dated:  August 23, 2013

By: /s/ Elizabeth L. DeRieux
Susan D. Pitchford
(*To Be Admitted Pro Hac Vice*)
Kevin L. Russell
(*To Be Admitted Pro Hac Vice*)
CHERNOFF VILHAUER LLP
601 SW Second Avenue
Suite 1600
Portland, OR 97204
Telephone: (503) 227-5631
Facsimile: (503) 278-4373
Email: sdp@chernofflaw.com
Email: Kevin@chernofflaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux

State Bar No. 05770585
Jeffrey D. Rambin
State Bar No. 00791478
CAPSHAW DERIEUX, L.L.P.
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jrambin@capshawlaw.com

ATTORNEYS FOR PLAINTIFF
EXITEXCHANGE, CORP.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 23rd day of August, 2013, with a copy of this document via electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux

2