IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation<br>　　　*Plaintiff*,<br><br>　　vs.<br><br><br>FRIENDFINDER NETWORKS, INC., et al.<br>　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:13-cv-00396-JRG<br><br>**LEAD CASE**<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF EXITEXCHANGE CORP.'S AMENDED NOTICE OF DISCLOSURES

Plaintiff ExitExchange Corp. ("ExitExchange") hereby notifies the Court that pursuant to the Court's August 17, 2013 Order (Dkt. 14) and P.R. 3-1, it served its Infringement Contentions on all counsel of record for Defendants via electronic mail and/or ftp link on August 22, 2013.

Pursuant to P.R. 3-2, ExitExchange served its accompanying document production on all counsel of record for Defendants via flash drive on September 10 and 11, 2013.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: September 12, 2013　　　　　　　By: /s/ Elizabeth L. DeRieux
　　　　　　　　　　　　　　　　　　　　Susan D. Pitchford
　　　　　　　　　　　　　　　　　　　　(*To Be Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　Kevin L. Russell
　　　　　　　　　　　　　　　　　　　　(*To Be Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　CHERNOFF VILHAUER LLP
　　　　　　　　　　　　　　　　　　　　601 SW Second Avenue
　　　　　　　　　　　　　　　　　　　　Suite 1600
　　　　　　　　　　　　　　　　　　　　Portland, OR 97204
　　　　　　　　　　　　　　　　　　　　Telephone: (503) 227-5631
　　　　　　　　　　　　　　　　　　　　Facsimile: (503) 278-4373

1

        Email: sdp@chernofflaw.com
        Email: Kevin@chernofflaw.com

        S. Calvin Capshaw
        State Bar No. 03783900
        Elizabeth L. DeRieux
        State Bar No. 05770585
        Jeffrey D. Rambin
        State Bar No. 00791478
        CAPSHAW DERIEUX, L.L.P.
        114 E. Commerce Ave.
        Gladewater, Texas 75647
        Telephone: (903) 236-9800
        Facsimile: (903) 236-8787
        Email: ccapshaw@capshawlaw.com
        Email: ederieux@capshawlaw.com
        Email: jrambin@capshawlaw.com

        ATTORNEYS FOR PLAINTIFF
        EXITEXCHANGE, CORP.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of September, 2013, with a copy of this document via electronic mail, facsimile transmission and/or first class mail on this same date.

        /s/ Elizabeth L. DeRieux

2