UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FRIENDFINDER NETWORKS, INC., <br><br> Defendant. | CONSOLIDATED: <br><br> LEAD CASE No. 2:13-cv-00396-JRG <br><br> MEMBER CASE No. 2:13-cv-00401-JRG <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT MOTHERLESS INC.'S JOINDER TO DEFENDANTS KAYAK SOFTWARE CORPORATION'S, TRIPADVISOR, INC.'S AND TRAVELOCITY.COM LP'S MOTIONS TO STAY LITIGATION PENDING REEXAMINATION OF THE PATENT-IN-SUIT**

Defendant Motherless, Inc. ("Motherless"), by and through the undersigned counsel hereby submits this joinder to Defendants Kayak Software Corporation's ("Kayak") (*2:13-CV-00397; Dkt. No. 15*); TripAdvisor, Inc.'s ("TripAdvisor") (*2:13-cv-00406; Dkt. No. 16*); and Travelocity.com LP's ("Travelocity") (*2:13-cv-00404; Dkt. No. 17*) Motions to Stay Litigation Pending Reexamination of the Patent-in-Suit, and incorporates herein, the arguments made by Kayak, TripAdvisor and Travelocity in their Motions to Stay, which were filed on July 8, 2013 and July 29, 2013, respectively. Accordingly, Motherless specifically joins in support of the arguments made by Kayak, TripAdvisor and Travelocity in their Motions, as if fully set forth herein. For the reasons set forth in the Motions, Motherless respectfully requests that the Court grant in the above-styled matter the same relief requested by Kayak, TripAdvisor and Travelocity in their respective Motions to Stay, and grant such other and further relief as the

Court deems just and proper.

Dated: September 12, 2013

Respectfully submitted,

By: /s/ David S. Richman

David S. Richman (Admitted Pro Hac Vice)
Theodora Oringher PC
10880 Wilshire Blvd., Suite 1700
Los Angeles, California 90024
Telephone: (310) 557-2009
Facsimile: (310) 551-0283
drichman@tocounsel.com

ATTORNEYS FOR DEFENDANT
MOTHERLESS, INC.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Defendant has complied with the meet and confer requirement in Local Rule CV-7. Specifically, on September 12, 2013, counsel of record for Defendant Motherless, Inc., David S. Richman, conferred with Elizabeth L. DeRieux, counsel for Plaintiff, concerning the relief requested and counsel for Plaintiff is opposed to the relief requested.

/s/ David S. Richman
David S. Richman

929871.1/22213.05007

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 12, 2013, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


/s/ David S. Richman
David S. Richman