UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

EXITEXCHANGE CORP.,

       Plaintiff,

v.

FRIENDFINDER NETWORKS, INC.,

       Defendant.

CIVIL ACTION NO.  2:13-cv-00396-JRG

**LEAD CASE**

**JURY TRIAL DEMANDED**

**DEFENDANT FRIENDFINDER NETWORKS, INC.'S
SUGGESTION OF BANKRUPTCY**

PLEASE TAKE NOTICE that FriendFinder Networks, Inc. (the "Debtor"), the defendant

in the above-captioned case, filed a voluntary petition for relief (the "Voluntary Petition") under

Chapter 11 of Title 11 of the United States Bankruptcy Code, 11 U.S.C. § 101, et seq. (the

"Bankruptcy Code") on September 17, 2013 (the "Petition Date") in the United States

Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Debtor's Chapter 11 case is pending

before the Honorable Christopher S. Sontchi and has been assigned Case No. 13-12405 (CSS),

and, it is anticipated, will be jointly administered with Case No. 13-12404 (CSS).  A copy of the

Voluntary Petition is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 362 of the Bankruptcy

Code, after the Petition Date, no cause of action may be commenced or prosecuted, and no

judgment may be taken against any of the Debtors outside of the Bankruptcy Court without the

Bankruptcy Court's first issuing an order modifying the automatic stay imposed by section 362

of the Bankruptcy Code.  This automatic stay precludes Plaintiff ExitExchange Corp. from taking any action against the Debtor or property of the bankruptcy estate, and stays further prosecution of the above-captioned case against the Debtor. Accordingly, no further prosecution of the above-captioned proceeding may occur, and no valid judgment may be entered against the Debtor.

Dated: September 18, 2013

Respectfully submitted,

By: */s/ Andrew W. Stinson*

Frank M. Gasparo (Admitted Pro Hac Vice)
Venable LLP
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
Telephone:  (212) 307-5500
Facsimile:  (212) 307-5598
fmgasparo@venable.com

Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK PC
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone (903) 597-3301
astinston@rameyflock.com

ATTORNEYS FOR DEFENDANT
FRIENDFINDER NETWORKS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 18, 2013 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Andrew W. Stinson*
Andrew W. Stinson

2