IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation<br>   *Plaintiff*, | § § § § | |
| vs. | § § | Case No. 2:13-cv-00396-JRG |
| | § § § | **LEAD CASE** |
| FRIENDFINDER NETWORKS, INC., et al.<br>   *Defendants*. | § § § | JURY TRIAL DEMANDED |

## SUBMISSION OF AGREED PROPOSED DOCKET CONTROL AND DISCOVERY ORDERS

Plaintiff ExitExchange Corp. ("ExitExchange") hereby submits to the Court, on behalf of all the parties, proposed agreed Docket Control and Discovery Orders attached hereto[1].

Respectfully submitted,

Dated:  September 19, 2013

By: /s/ Elizabeth L. DeRieux
Susan D. Pitchford
(*To Be Admitted Pro Hac Vice*)
Kevin L. Russell
(*To Be Admitted Pro Hac Vice*)
CHERNOFF VILHAUER LLP
601 SW Second Avenue
Suite 1600
Portland, OR 97204
Telephone: (503) 227-5631
Facsimile: (503) 278-4373
Email: sdp@chernofflaw.com
Email: Kevin@chernofflaw.com

S. Calvin Capshaw

---

[1] The portion of this action asserted against Friendfinder Networks, Inc. is subject to an automatic bankruptcy stay. See Suggestion of Bankruptcy, Docket number 24, dated September 18, 2013.

1

        State Bar No. 03783900
        Elizabeth L. DeRieux
        State Bar No. 05770585
        Jeffrey D. Rambin
        State Bar No. 00791478
        CAPSHAW DERIEUX, L.L.P.
        114 E. Commerce Ave.
        Gladewater, Texas 75647
        Telephone: (903) 236-9800
        Facsimile: (903) 236-8787
        Email: ccapshaw@capshawlaw.com
        Email: ederieux@capshawlaw.com
        Email: jrambin@capshawlaw.com

        ATTORNEYS FOR PLAINTIFF
        EXITEXCHANGE, CORP.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff conferred with counsel for Defendants and this submission is agreed.

        /s/ Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of September, 2013, with a copy of this document via electronic mail, facsimile transmission and/or first class mail on this same date.

        /s/ Elizabeth L. DeRieux