UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FRIENDFINDER NETWORKS, INC., <br><br> Defendant. | CIVIL ACTION NO. 2:13-cv-00396-JRG <br><br> **LEAD CASE** <br><br> **JURY TRIAL DEMANDED** |

## ORDER

On this day came to be heard Defendants Manwin USA, Inc., Manwin D.P. Corp., Motherless, Inc., WZ Communications, Inc., Lemuria Communications, Inc., Quasar Data Center, Ltd., Travelocity.com LP, TripAdvisor LLC, and KAYAK Software Corporation (collectively, "Defendants") Unopposed Motion for Extension of Time to Comply with Paragraphs 1 and 3 of the Discovery Order (Initial and Additional Disclosures). The Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Unopposed Motion for Extension of Time to Comply with Paragraphs 1 and 3 of the Discovery Order (Initial and Additional Disclosures) is GRANTED and the deadline for the parties to comply with paragraphs 1 and 3 of the Discovery Order is extended up to and including November 1, 2013.

**So Ordered and Signed on this**

**Sep 28, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE