# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **EXITEXCHANGE CORP.** § § **Plaintiff,** § § v. § § **KAYAK SOFTWARE CORPORATION,** § **TRAVELOCITY.COM LP,** § **TRIPADVISOR LLC,** § § **Defendants.** § | **CASE NO. 2:13-CV-396-JRG-RSP** **LEAD CASE** |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Kayak Software Corporation, Travelocity.com LP and Tripadvisor LLC respectfully files this Unopposed Motion to Withdraw as Counsel for Defendants Kayak Software Corporation, Travelocity.com LP and Tripadvisor LLC, and requests that its attorney Richard S. Zembek and the law firm of Fulbright & Jaworski L.L.P. be allowed to withdraw from this case, and that they be removed from the electronic service list in this case.

Dated:  October 1, 2013                    Respectfully submitted,

                                                */s/ Richard S. Zembek*
                                                Richard S. Zembek
                                                **FULBRIGHT & JAWORSKI L.L.P.**
                                                1301 McKinney, Suite 5100
                                                Houston, Texas 77010-3095
                                                Tel:     (713) 651-5283
                                                Fax:    (713) 651-5246
                                                Email:richard.zembek@nortonrosefulbright.com

                                                **ATTORNEY FOR KAYAK SOFTWARE CORPORATION, TRAVELOCITY.COM LP, TRIPADVISOR LLC**

79270463.1

**CERTIFICATE OF CONFERENCE**

The undersigned counsel has conferred with counsel who have appeared in this matter, and they are not opposed to this Motion.

/s/ Richard S. Zembek

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 1, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other known counsel of record will be served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

/s/ Richard S. Zembek