# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **EXITEXCHANGE CORP.** | § § § | |
| Plaintiff, | § | |
| v. | § § | **CASE NO. 2:13-CV-396-JRG-RSP** |
| **KAYAK SOFTWARE CORPORATION, TRAVELOCITY.COM LP, TRIPADVISOR LLC,** | § § § § | **LEAD CASE** |
| Defendants. | § | |

## ORDER GRANTING MOTION TO WITHDRAW

The Court, having reviewed the Unopposed Motion to Withdraw, and for good cause shown, hereby **ORDERS** that Richard S. Zembek and the law firm of Fulbright & Jaworski L.L.P. are removed as counsel for Defendants Kayak Software Corporation, Travelocity.com LP and Tripadvisor LLC in this proceeding by this Order.

**IT IS SO ORDERED**.

79270463.1