UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>FRIENDFINDER NETWORKS, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 2:13-cv-00396-JRG<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT FRIENDFINDER NETWORKS, INC.'S**
**UNOPPOSED MOTION TO STAY ALL DEADLINES AND PROCEEDINGS**

Comes now Defendant FriendFinder Networks, Inc. ("Defendant") and files this Unopposed Motion to Stay All Deadlines and Proceedings following the filing of its Suggestion of Bankruptcy on September 18, 2013 (Dkt. #24). Plaintiff is not opposed to the relief requested.

In light of FriendFinder Networks, Inc.'s Suggestion of Bankruptcy, Defendant respectfully requests the Court to stay all deadlines and proceedings in the above-styled matter as to Defendant FriendFinder Networks, Inc. indefinitely or until the pending bankruptcy matter is resolved.

Dated: October 1, 2013

Respectfully submitted,

By: */s/ Andrew W. Stinson*

Frank M. Gasparo (Admitted Pro Hac Vice)
Venable LLP

        1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
Telephone:  (212) 307-5500
Facsimile:  (212) 307-5598
fmgasparo@venable.com

Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK PC
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone (903) 597-3301
astinston@rameyflock.com

ATTORNEYS FOR DEFENDANT
FRIENDFINDER NETWORKS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 1, 2013 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/ Andrew W. Stinson*
        Andrew W. Stinson

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the Parties have satisfied the meet and confer conference requirements of Local Rule CV-7(h) and this motion is unopposed.

        */s/ Andrew W. Stinson*
        Andrew W. Stinson