UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FRIENDFINDER NETWORKS, INC., <br><br> Defendant. | CIVIL ACTION NO.  2:13-cv-00396-J7RG <br><br> **LEAD CASE** <br><br> **JURY TRIAL DEMANDED** |

### ORDER STAYING DEADLINES AND PROCEEDINGS AS TO DEFENDANT FRIENDFINDER NETWORKS, INC.

The Court has considered Defendant FriendFinder Networks, Inc.'s Unopposed Motion to Stay All Deadlines and Proceedings following the filing of its Suggestion of Bankruptcy and is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that all deadlines and proceedings in the above-styled matter as to Defendant FriendFinder Networks, Inc. are hereby stayed indefinitely or until after the resolution of the pending bankruptcy.