# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **EXITEXCHANGE CORP.** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | **CASE NO. 2:13-CV-396-JRG** |
| **KAYAK SOFTWARE CORPORATION,** | § | |
| **TRAVELOCITY.COM LP,** | § | **LEAD CASE** |
| **TRIPADVISOR LLC,** | § | |
| | § | |
| Defendants. | | |

## ORDER GRANTING MOTION TO WITHDRAW

The Court, having reviewed the Unopposed Motion to Withdraw, and for good cause shown, hereby **ORDERS** that Richard S. Zembek and the law firm of Fulbright & Jaworski L.L.P. are removed as counsel for Defendants Kayak Software Corporation, Travelocity.com LP and Tripadvisor LLC in this proceeding.

**So ORDERED and SIGNED this 2nd day of October, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE