UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>FRIENDFINDER NETWORKS, INC.,<br><br>    Defendant. | CIVIL ACTION NO.  2:13-cv-00396-J7RG<br><br>**LEAD CASE** |

### ORDER STAYING DEADLINES AND PROCEEDINGS AS TO DEFENDANT FRIENDFINDER NETWORKS, INC.

The Court has considered Defendant FriendFinder Networks, Inc.'s Unopposed Motion to Stay All Deadlines and Proceedings following the filing of its Suggestion of Bankruptcy (Dkt. No. 33) and is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that all deadlines and proceedings in the above-styled matter as to Defendant FriendFinder Networks, Inc. are hereby stayed indefinitely or until after the resolution of the pending bankruptcy. Counsel for Defendant shall file status reports with this Court each 90 days hereafter until this stay is lifted by subsequent order or until this case is closed.

**So ORDERED and SIGNED this 2nd day of October, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE