## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., a Texas corporation<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEMURIA COMMUNICATIONS, INC., a Delaware corporation<br><br>　　　　Defendant. | Civil Action No.: 2:13-cv-00399-JRG<br><br>**Consolidated into**<br><br>Civil Action No.: 2:13-cv-00396-JRG |

### NOTICE OF APPEARANCE FOR DEFENDANT LEMURIA COMMUNICATIONS, INC.

Notice is hereby given that the undersigned attorney, John M. Jackson, of Jackson Walker L.L.P., is entering an appearance in this matter for Defendant Lemuria Communications, Inc. for the purpose of receiving notices and orders from the Court.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**JACKSON WALKER L.L.P.**

　　　　　　　　　　　　　　　　/s/ John M. Jackson
　　　　　　　　　　　　　　　　David Folsom
　　　　　　　　　　　　　　　　Texas Bar No. 07210800
　　　　　　　　　　　　　　　　dfolsom@jw.com
　　　　　　　　　　　　　　　　John M. Jackson
　　　　　　　　　　　　　　　　Texas Bar No. 24002340
　　　　　　　　　　　　　　　　jjackson@jw.com
　　　　　　　　　　　　　　　　Nathaniel (Nate) St. Clair II
　　　　　　　　　　　　　　　　Texas Bar No. 24071564
　　　　　　　　　　　　　　　　nstclair@jw.com
　　　　　　　　　　　　　　　　Matthew C. Acosta
　　　　　　　　　　　　　　　　Texas Bar No. 24062577
　　　　　　　　　　　　　　　　macosta@jw.com
　　　　　　　　　　　　　　　　901 Main Street, Suite 6000
　　　　　　　　　　　　　　　　Dallas, Texas  75202
　　　　　　　　　　　　　　　　Telephone:  (214) 953-6000

　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　**LEMURIA COMMUNICATIONS, INC.**

**NOTICE OF APPEARANCE FOR DEFENDANT LEMURIA COMMUNICATIONS, INC. – PAGE 1**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 10th day of October, 2013.  Any other counsel of record will be served by facsimile transmission and/or first class mail.


  /s/ John M. Jackson                  
John M. Jackson