## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., a Texas corporation<br><br>    Plaintiff,<br><br>vs.<br><br>WZ COMMUNICATIONS, INC., a Delaware corporation<br><br>    Defendant. | Civil Action No.: 2:13-cv-00403-JRG<br><br>**Consolidated into**<br><br>Civil Action No.: 2:13-cv-00396-JRG |

### NOTICE OF APPEARANCE FOR DEFENDANT WZ COMMUNICATIONS, INC.

Notice is hereby given that the undersigned attorney, John M. Jackson, of Jackson Walker L.L.P., is entering an appearance in this matter for Defendant WZ Communications, Inc. for the purpose of receiving notices and orders from the Court.

Respectfully submitted,

**JACKSON WALKER L.L.P.**

/s/ John M. Jackson
David Folsom
Texas Bar No. 07210800
dfolsom@jw.com
John M. Jackson
Texas Bar No. 24002340
jjackson@jw.com
Nathaniel (Nate) St. Clair II
Texas Bar No. 24071564
nstclair@jw.com
Matthew C. Acosta
Texas Bar No. 24062577
macosta@jw.com
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone:  (214) 953-6000

**ATTORNEYS FOR DEFENDANT
WZ COMMUNICATIONS, INC.**

**NOTICE OF APPEARANCE FOR DEFENDANT WZ COMMUNICATIONS, INC. – PAGE 1**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 10th day of October, 2013.  Any other counsel of record will be served by facsimile transmission and/or first class mail.


   /s/ John M. Jackson
John M. Jackson