IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NTT America, Inc. , a Delaware corporation; Motherless, Inc., a New York corporation; and Quasar Data Center, Ltd, a Texas Domestic Limited Partnership<br><br>Defendants. | CASE NO. 2:13-vc-00401-JRG<br><br>**Jury Trial Demanded** |

## JOINT MOTION TO DISMISS AS TO MOTHERLESS, INC.

NOW COMES the Plaintiff ExitExchange Corp. and Defendant Motherless, Inc., and respectfully move the Court to dismiss the claims between them, and in support thereof would respectfully show the Court as follows:

All matters in controversy between ExitExchange Corp. and Motherless, Inc. in this suit have been resolved pursuant to a Settlement and License Agreement ("Agreement"), and these parties therefore jointly move to dismiss all claims asserted between them, with prejudice to the right to pursue any such claims in the future except as may be provided in the Agreement, with this Court retaining jurisdiction to enforce or interpret the Agreement.  These parties further move that all attorney's fees and costs of court be assessed against the party who incurred them.

All licenses and covenants granted to Motherless and its Affiliates are extended to Quasar Data Center, LTD. based on its provision of goods and/or services to Motherless for Motherless

Covered Products.

WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that their claims against each other be dismissed with prejudice, with all attorney's fees and costs of court being assessed against the party who incurred them, with the Court retaining jurisdiction to enforce or interpret the Agreement.

                          Respectfully submitted,

Dated: October 25, 2013

By: /s/ Elizabeth L. DeRieux
Susan D. Pitchford
(*To Be Admitted Pro Hac Vice*)
Kevin L. Russell
(*To Be Admitted Pro Hac Vice*)
CHERNOFF VILHAUER LLP
601 SW Second Avenue
Suite 1600
Portland, OR 97204
Telephone: (503) 227-5631
Facsimile: (503) 278-4373
Email: sdp@chernofflaw.com
Email: Kevin@chernofflaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Jeffrey D. Rambin
State Bar No. 00791478
CAPSHAW DERIEUX, L.L.P.
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jrambin@capshawlaw.com

ATTORNEYS FOR PLAINTIFF
EXITEXCHANGE, CORP.

Dated: October 25, 2013                    Respectfully submitted,

                                   By:   /s/ David S. Richman
                                         David S. Richman (Admitted Pro Hac Vice)
                                         Theodora Oringher PC
                                         10880 Wilshire Blvd., Suite 1700
                                         Los Angeles, California 90024
                                         Telephone: (310) 557-2009
                                         Facsimile: (310) 551-0283
                                         drichman@tocounsel.com

                                         ATTORNEYS FOR DEFENDANT
                                         MOTHERLESS, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served this October 25, 2013 on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                     /s/ Elizabeth L. DeRieux