IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NTT America, Inc. , a Delaware corporation; Motherless, Inc., a New York corporation; and Quasar Data Center, Ltd, a Texas Domestic Limited Partnership<br><br>Defendants. | CASE NO. 2:13-vc-00401-JRG<br><br>**Jury Trial Demanded** |

## ORDER GRANTING JOINT MOTION TO DISMISS AS TO MOTHERLESS, INC.

On this day, Plaintiff ExitExchange Corp., ("ExitExchange"), and Defendant Motherless, Inc., ("Motherless") announced to the Court that they have resolved their claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims asserted between Motherless and ExitExchange are dismissed, with prejudice to the re-filing of same except as may be provided in the Agreement.

IT IS FURTHER ORDERED, this Court retains jurisdiction to enforce or interpret the Agreement. All attorney's fees and costs of court shall be assessed against the party who incurred them. All licenses and covenants granted to Motherless and its Affiliates are extended to Quasar Data Center, LTD. based on its provision of goods and/or services to Motherless for

Motherless Covered Products.