IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation<br>   *Plaintiff*,<br><br>vs.<br><br><br>FRIENDFINDER NETWORKS, INC., et al.<br>   *Defendants*. | § § § § § § § § § § § | Case No. 2:13-cv-00396-JRG<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS AS TO MOTHERLESS, INC.

  NOW COMES the Plaintiff ExitExchange Corp. and Defendant Motherless, Inc., and respectfully move the Court to dismiss the claims between them, and in support thereof would respectfully show the Court as follows:

  All matters in controversy between ExitExchange Corp. and Motherless, Inc. in this suit have been resolved pursuant to a Settlement and License Agreement ("Agreement"), and these parties therefore jointly move to dismiss all claims asserted between them, with prejudice to the right to pursue any such claims in the future except as may be provided in the Agreement, with this Court retaining jurisdiction to enforce or interpret the Agreement.  These parties further move that all attorney's fees and costs of court be assessed against the party who incurred them.

  All licenses and covenants granted to Motherless and its Affiliates are extended to Quasar Data Center, LTD. based on its provision of goods and/or services to Motherless for Motherless Covered Products.

  WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that their claims against each other be dismissed with prejudice, with all attorney's fees and costs of court being

assessed against the party who incurred them, with the Court retaining jurisdiction to enforce or interpret the Agreement.

               Respectfully submitted,

Dated: October 25, 2013

            By: /s/ Elizabeth L. DeRieux
               Susan D. Pitchford
               (*To Be Admitted Pro Hac Vice*)
               Kevin L. Russell
               (*To Be Admitted Pro Hac Vice*)
               CHERNOFF VILHAUER LLP
               601 SW Second Avenue
               Suite 1600
               Portland, OR 97204
               Telephone: (503) 227-5631
               Facsimile: (503) 278-4373
               Email: sdp@chernofflaw.com
               Email: Kevin@chernofflaw.com

               S. Calvin Capshaw
               State Bar No. 03783900
               Elizabeth L. DeRieux
               State Bar No. 05770585
               Jeffrey D. Rambin
               State Bar No. 00791478
               CAPSHAW DERIEUX, L.L.P.
               114 E. Commerce Ave.
               Gladewater, Texas 75647
               Telephone: (903) 236-9800
               Facsimile: (903) 236-8787
               Email: ccapshaw@capshawlaw.com
               Email: ederieux@capshawlaw.com
               Email: jrambin@capshawlaw.com

               ATTORNEYS FOR PLAINTIFF
               EXITEXCHANGE, CORP.

Dated: October 25, 2013       Respectfully submitted,

            By: /s/ David S. Richman
               David S. Richman (Admitted Pro Hac Vice)
               Theodora Oringher PC

                    10880 Wilshire Blvd., Suite 1700
                    Los Angeles, California 90024
                    Telephone: (310) *557-2009*
                    Facsimile: (310) 551-0283
                    drichman@tocounsel.com

ATTORNEYS FOR DEFENDANT
MOTHERLESS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served this October 25, 2013 on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                    */s/ Elizabeth L. DeRieux*