IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation<br>   *Plaintiff*,<br><br>vs.<br><br><br>FRIENDFINDER NETWORKS, INC., et al.<br>   *Defendants*. | § § § § § § § § § § § | Case No. 2:13-cv-00396-JRG<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS AS TO QUASAR DATA CENTER LTD.

NOW COMES the Plaintiff ExitExchange Corp. ("ExitExchange") and Defendant Quasar Data Center Ltd. ("Quasar") and respectfully move the Court to dismiss the claims between them, and in support thereof would respectfully show the Court as follows:

All matters in controversy between ExitExchange and Quasar in this suit have been resolved as a result of a settlement agreement with Motherless, Inc. and these parties therefore jointly move to dismiss all claims asserted between them, without prejudice. These parties further move that all attorney's fees and costs of court be assessed against the party who incurred them.

WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that their claims against each other be dismissed without prejudice, with all attorney's fees and costs of court being assessed against the party who incurred them.

Respectfully submitted,

Dated: October 25, 2013

By: /s/ Elizabeth L. DeRieux

Susan D. Pitchford
(*To Be Admitted Pro Hac Vice*)
Kevin L. Russell
(*To Be Admitted Pro Hac Vice*)
CHERNOFF VILHAUER LLP
601 SW Second Avenue
Suite 1600
Portland, OR 97204
Telephone: (503) 227-5631
Facsimile: (503) 278-4373
Email: sdp@chernofflaw.com
Email: Kevin@chernofflaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Jeffrey D. Rambin
State Bar No. 00791478
CAPSHAW DERIEUX, L.L.P.
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jrambin@capshawlaw.com

ATTORNEYS FOR PLAINTIFF
EXITEXCHANGE, CORP.

Dated: October 25, 2013

Respectfully submitted,

By:   /s/ Robert J. McAughan, Jr.
Robert J. McAughan, Jr.
Texas State Bar No. 00786096
*Lead Attorney*
Bruce J. Cannon
Texas State Bar No. 24055258
Sutton McAughan Deaver PLLC
Three Riverway, Suite 900
Houston, TX 77056
(713) 800-5700 (telephone)
(713) 800-5699 (facsimile)
bmcaughan@ smd-iplaw.com
bcannon@smd-iplaw.com

(admitted *pro hoc vice*)

ATTORNEYS FOR DEFENDANT
QUASAR DATA CENTER LTD.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served this October 25, 2013 on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Elizabeth L. DeRieux*