IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP. a Texas corporation<br>　　　　*Plaintiff*,<br><br>vs.<br><br>FRIENDFINDER NETWORKS, INC., et al.<br>　　　　*Defendants*. | Case No. 2:13-cv-00396-JRG<br><br>**LEAD CASE**<br>Consolidated Case No. 2:13-cv-401<br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO DISMISS AS TO QUASAR DATA CENTER LTD.

On this day, Plaintiff ExitExchange Corp., ("ExitExchange"), and Defendant Quasar Data Center Ltd. ("Quasar") announced to the Court that they have resolved their claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims asserted between Quasar and ExitExchange are dismissed, without prejudice to the re-filing of same.

IT IS FURTHER ORDERED, all attorney's fees and costs of court shall be assessed against the party who incurred them.

**So ORDERED and SIGNED this 28th day of October, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE