IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. | § § § | |
| Plaintiff, | § § | Case No. 2:13-cv-00396-JRG |
| v. | § § | |
| FRIENDFINDER NETWORKS, INC., et al. | § | |
| Defendant. | § § | |

## DEFENDANTS NOTICE OF COMPLIANCE

Defendants Travelocity.com L.P. , Tripadvisor LLC, Kayak Software Corporation, WZ Communications Inc., and Lemuria Communications, Inc.'s ("Defendants") hereby notify the Court and all counsel of record that, pursuant to the proposed Docket Control Order and Discovery Order (Dkt No. 25) filed in this lawsuit, Defendants served Initial Disclosures to counsel for Plaintiff by electronic mail on November 1, 2013.

Additionally, Defendants served P.R. 3-4(a) documents and additional disclosures to counsel for Plaintiff by overnight mail on November 1, 2013.

Respectfully submitted,

/s/ John M. Jackson
David Folsom
Texas Bar No. 07210800
dfolsom@jw.com
John M. Jackson
Texas State Bar No. 24002340
jjackson@jw.com
Nathaniel (Nate) St. Clair II
Texas Bar No. 24071564
nstclair@jw.com
Matthew C. Acosta
Texas State Bar No. 24062577
macosta@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

**ATTORNEYS FOR DEFENDANT TRAVELOCITY.COM L.P., TRIPADVISOR LLC, KAYAK SOFTWARE CORPORATION, WZ COMMUNICATIONS INC., AND LEMURIA COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, November 1, 2013.

/s/ John M. Jackson
John M. Jackson