IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation<br>   *Plaintiff*,<br><br>  vs.<br><br><br><br>FRIENDFINDER NETWORKS, INC., et al.<br>   *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:13-cv-00396-JRG<br><br>**LEAD CASE**<br><br>JURY TRIAL DEMANDED |

**NOTICE OF PLAINTIFF EXITEXCHANGE CORP.'S
PARAGRAPH 1 AND 3 DISCLOSURES**

  Pursuant to paragraphs 1 and 3 of the Court's Discovery Order, Plaintiff notifies the Court that it served its Initial and Additional Disclosures on counsel of record on November 1, 2013.

                   Respectfully submitted,

Dated: November 1, 2013       By: /s/ Elizabeth L. DeRieux
                     Susan D. Pitchford
                     (*To Be Admitted Pro Hac Vice*)
                     Kevin L. Russell
                     (*To Be Admitted Pro Hac Vice*)
                     CHERNOFF VILHAUER LLP
                     601 SW Second Avenue
                     Suite 1600
                     Portland, OR 97204
                     Telephone: (503) 227-5631
                     Facsimile: (503) 278-4373
                     Email: sdp@chernofflaw.com
                     Email: Kevin@chernofflaw.com

                     S. Calvin Capshaw
                     State Bar No. 03783900
                     Elizabeth L. DeRieux
                     State Bar No. 05770585

                         Jeffrey D. Rambin
                         State Bar No. 00791478
                         CAPSHAW DERIEUX, L.L.P.
                         114 E. Commerce Ave.
                         Gladewater, Texas 75647
                         Telephone: (903) 236-9800
                         Facsimile: (903) 236-8787
                         Email: ccapshaw@capshawlaw.com
                         Email: ederieux@capshawlaw.com
                         Email: jrambin@capshawlaw.com

                         ATTORNEYS FOR PLAINTIFF
                         EXITEXCHANGE, CORP.


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 1th day of November, 2013, with a copy of this document via CM/ECF.

                         /s/ Elizabeth L. DeRieux