UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>FRIENDFINDER NETWORKS, INC.,<br><br>    Defendant. | CIVIL ACTION NO.  2:13-cv-00396-JRG<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS MANWIN USA, INC.'S AND MANWIN D.P. CORP.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO
COMPLY WITH PATENT RULE 3-4(A)**

Defendants Manwin USA, Inc. and Manwin D.P. Corp., (collectively, "Defendants") file this Unopposed Motion for Extension of Time to Comply with Patent Rule 3-4(a) of the [proposed] Discovery Order up to and including November 12, 2013.  Plaintiff does not oppose this motion.

Accordingly, Defendants respectfully request that the Court enter an order extending the deadline for Defendants Manwin USA, Inc. and Manwin D.P. Corp. to comply with Patent Rule 3-4(a) of the [proposed] Discovery Order up to and including November 12, 2013.

Dated: November 1, 2013          Respectfully submitted,

                                  By:  */s/ Andrew W. Stinson*

                                  Frank M. Gasparo (Admitted Pro Hac Vice)
                                  Venable LLP
                                  1270 Avenue of the Americas
                                  Twenty-Fourth Floor
                                  New York, New York 10020

Telephone:  (212) 307-5500
Facsimile:  (212) 307-5598
fmgasparo@venable.com

Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK PC
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone:  (903) 597-3301
Facsimile:  (903) 597-2413
astinston@rameyflock.com

Tamany Vinson Bentz (Admitted Pro Hac Vice)
Venable LLP - Los Angeles
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901
tjbentz@venable.com

ATTORNEYS FOR DEFENDANTS MANWIN USA, INC. and MANWIN D.P. CORP.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 1, 2013 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Andrew W. Stinson*
Andrew W. Stinson

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Defendants have satisfied the meet and confer conference requirements of Local Rule CV-7(h) and this motion is unopposed.

*/s/ Andrew W. Stinson*
Andrew W. Stinson