UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>FRIENDFINDER NETWORKS, INC.,<br><br>    Defendant. | CIVIL ACTION NO.  2:13-cv-00396-JRG<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS MANWIN USA, INC.'S AND MANWIN D.P. CORP.'S
<u>NOTICE OF COMPLAINCE</u>**

Pursuant to the [proposed] Discovery Order, Defendants, Manwin USA, Inc. and Manwin D.P. Corp., served their initial disclosures on counsel for all parties via electronic mail on November 1, 2013.

Dated: November 1, 2013

Respectfully submitted,

By:  */s/ Andrew W. Stinson*

Frank M. Gasparo (Admitted Pro Hac Vice)
Venable LLP
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
Telephone:  (212) 307-5500
Facsimile:  (212) 307-5598
fmgasparo@venable.com

Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK PC

        100 East Ferguson, Suite 500
        Tyler, Texas 75702
        Telephone: (903) 597-3301
        Facsimile: (903) 597-2413
        astinston@rameyflock.com

        Tamany Vinson Bentz (Admitted Pro Hac Vice)
        Venable LLP - Los Angeles
        2049 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Telephone: (310) 229-9900
        Facsimile: (310) 229-9901
        tjbentz@venable.com

        ATTORNEYS FOR DEFENDANTS MANWIN
        USA, INC. and MANWIN D.P. CORP.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 1, 2013 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/ Andrew W. Stinson*
        Andrew W. Stinson