UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FRIENDFINDER NETWORKS, INC., <br><br> Defendant. | CIVIL ACTION NO.  2:13-cv-00396-JRG <br><br> **LEAD CASE** <br><br> **JURY TRIAL DEMANDED** |

## ORDER

On this day came to be heard Defendants Manwin USA, Inc. and Manwin D.P. Corp.'s (collectively, "Defendants") Unopposed Motion for Extension of Time to Comply with Patent Rule 3-4(a) of the [proposed] Discovery Order.  The Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Unopposed Motion for Extension of Time to Comply with Patent Rule 3-4(a) of the [proposed] Discovery Order is GRANTED and the deadline for Defendants Manwin USA, Inc. and Manwin D.P. Corp. to comply with Patent Rule 3-4(a) of the [proposed] Discovery Order is extended up to and including November 12, 2013.

**So ORDERED and SIGNED this 4th day of November, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE