UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FRIENDFINDER NETWORKS, INC., <br><br> Defendant. | CIVIL ACTION NO.  2:13-cv-00396-JRG <br><br> **LEAD CASE** <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS MANWIN USA, INC.'S AND MANWIN D.P. CORP.'S
<u>NOTICE OF COMPLAINCE</u>**

Defendants, Manwin USA, Inc. and Manwin D.P. Corp. ("Defendants"), hereby notify the Court and all counsel of record that Defendants have complied with P.R. 3-4(a) and Paragraph 3 of the Discovery Order [Dkt. No. 53].

Dated: November 12, 2013

Respectfully submitted,

By: */s/ Andrew W. Stinson*

Frank M. Gasparo (Admitted Pro Hac Vice)
Venable LLP
Todd Nosher (Admitted Pro Hac Vice)
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
Telephone:  (212) 307-5500
Facsimile:  (212) 307-5598
fmgasparo@venable.com

Andrew W. Stinson
State Bar No. 24028013

        RAMEY & FLOCK PC
        100 East Ferguson, Suite 500
        Tyler, Texas 75702
        Telephone:  (903) 597-3301
        Facsimile:  (903) 597-2413
        astinston@rameyflock.com

        Tamany Vinson Bentz (Admitted Pro Hac Vice)
        Venable LLP - Los Angeles
        2049 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Telephone:  (310) 229-9900
        Facsimile:  (310) 229-9901
        tjbentz@venable.com

        ATTORNEYS FOR DEFENDANTS MANWIN
        USA, INC. and MANWIN D.P. CORP.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 12, 2013 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/  Andrew W. Stinson*
        Andrew W. Stinson