IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. | § § § | |
| Plaintiff, | § § | Case No. 2:13-cv-00396-JRG |
| v. | § § | |
| FRIENDFINDER NETWORKS, INC., et al. | § § | |
| Defendant. | § § | |

**<u>DEFENDANTS' NOTICE OF COMPLIANCE</u>**

Defendants Manwin USA, Inc., Manwin D.P. Corp., WZ Communications Inc., Lemuria Communications, Inc., Travelocity.com LP, KAYAK Software Corporation, and TripAdvisor LLC (collectively, "Defendants") hereby notify the Court and all counsel of record that, pursuant to the proposed Docket Control Order (Dkt No. 55) filed in this lawsuit, Defendants served their Invalidity Contentions on counsel for Plaintiff by electronic mail on December 9, 2013.

Additionally, Defendants served P.R. 3-4(b) documents on counsel for Plaintiff by overnight mail on December 9, 2013.

Submitted and Served on Behalf of Defendants by,

/s/__Frank M. Gasparo_____
Frank M. Gasparo (Admitted Pro Hac Vice)
Todd M. Nosher (Admitted Pro Hac Vice)
Venable LLP
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
fmgasparo@venable.com
tmnosher@venable.com

Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK PC
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone (903) 597-3301
astinston@rameyflock.com

ATTORNEYS FOR DEFENDANT
FRIENDFINDER NETWORKS, INC., MANWIN
USA, INC., AND MANWIN D.P. CORP.

/s/ John M. Jackson_____
John M. Jackson
Texas State Bar No. 24002340
jjackson@jw.com
Nathaniel (Nate) St. Clair II
Texas Bar No. 24071564
nstclair@jw.com
Matthew C. Acosta
Texas State Bar No. 24062577
macosta@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

**DEFENDANTS' NOTICE OF COMPLIANCE – PAGE 2**

        David Folsom
        Texas Bar No. 07210800
        JACKSON WALKER L.L.P.
        6002-B Summerfeld Drive
        Texarkana, TX 75503
        dfolsom@jw.com

        ATTORNEYS FOR DEFENDANT TRAVELOCITY.COM L.P., TRIPADVISOR LLC, KAYAK SOFTWARE CORPORATION, WZ COMMUNICATIONS INC., AND LEMURIA COMMUNICATIONS, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that on December 9, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, December 9, 2013.

        /s/ John M. Jackson
        John M. Jackson