UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP.,<br><br>　　Plaintiff,<br><br>v.<br><br>FRIENDFINDER NETWORKS, INC.,<br><br>　　Defendant. | CIVIL ACTION NO.  2:13-cv-00396-JRG<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SUBPOENA

　　PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants, Manwin USA, Inc. and Manwin D.P. Corp., by its counsel, will cause the attached subpoena to be served on Bernard Ferguson.

Dated: December 19, 2013

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By: */s/ Andrew W. Stinson*

　　　　　　　　　　　　　　　Frank M. Gasparo (Admitted Pro Hac Vice)
　　　　　　　　　　　　　　　Todd Nosher (Admitted Pro Hac Vice)
　　　　　　　　　　　　　　　Venable LLP
　　　　　　　　　　　　　　　1270 Avenue of the Americas
　　　　　　　　　　　　　　　Twenty-Fourth Floor
　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　Telephone:  (212) 307-5500
　　　　　　　　　　　　　　　Facsimile:  (212) 307-5598
　　　　　　　　　　　　　　　fmgasparo@venable.com

　　　　　　　　　　　　　　　Andrew W. Stinson
　　　　　　　　　　　　　　　State Bar No. 24028013
　　　　　　　　　　　　　　　RAMEY & FLOCK PC

        100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone:  (903) 597-3301
Facsimile:  (903) 597-2413
astinston@rameyflock.com

Tamany Vinson Bentz (Admitted Pro Hac Vice)
Venable LLP - Los Angeles
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901
tjbentz@venable.com

ATTORNEYS FOR DEFENDANTS MANWIN USA, INC. and MANWIN D.P. CORP.

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 19, 2013 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/  Andrew W. Stinson*
Andrew W. Stinson