UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., <br><br>       Plaintiff, <br><br> v. <br><br> FRIENDFINDER NETWORKS, INC., <br><br>       Defendant. | CIVIL ACTION NO.  2:13-cv-00396-JRG <br><br> **LEAD CASE** <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SUBPOENA

    PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants, Manwin USA, Inc. and Manwin D.P. Corp., by its counsel, will cause the attached subpoena to be served on Russell Vanderhook.

Dated: December 19, 2013

Respectfully submitted,

By: */s/ Andrew W. Stinson*

Frank M. Gasparo (Admitted Pro Hac Vice)
Todd Nosher (Admitted Pro Hac Vice)
Venable LLP
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
Telephone:  (212) 307-5500
Facsimile:  (212) 307-5598
fmgasparo@venable.com

Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK PC

        100 East Ferguson, Suite 500
        Tyler, Texas 75702
        Telephone:  (903) 597-3301
        Facsimile:  (903) 597-2413
        astinston@rameyflock.com

        Tamany Vinson Bentz (Admitted Pro Hac Vice)
        Venable LLP - Los Angeles
        2049 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Telephone:  (310) 229-9900
        Facsimile:  (310) 229-9901
        tjbentz@venable.com

        ATTORNEYS FOR DEFENDANTS MANWIN
        USA, INC. and MANWIN D.P. CORP.

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 19, 2013 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/  Andrew W. Stinson*
        Andrew W. Stinson