UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., | |
|     Plaintiff, | CIVIL ACTION NO.  2:13-cv-00396-JRG |
| v. | **LEAD CASE** |
| FRIENDFINDER NETWORKS, INC., | **JURY TRIAL DEMANDED** |
|     Defendant. | |

**DEFENDANT FRIENDFINDER NETWORKS, INC.'S
STATUS REPORT RELATED TO BANKRUPTCY**

Pursuant to the Court's Order (Dkt. No. 35) Defendant FriendFinder Networks, Inc., ("Defendant") hereby submits this Status Report related to its bankruptcy filing and states as follows:

A hearing was held on December 16, 2013 to confirm Defendant's bankruptcy plan (the second amended plan).  On December 20, 2013, the Bankruptcy Court entered notice of entry of said plan, as well as its effective date.  The effective date of the plan was set as December 20, 2013.

Under Section 12.09 of Defendant's said bankruptcy plan, the automatic stay of non-bankruptcy litigation was lifted as of the plan's effective date of December 20, 2013. Accordingly, the parties in the above-styled matter can proceed to litigate Plaintiff's claims in this Court.

Dated: December 30, 2013                    Respectfully submitted,

                                            By:  */s/ Andrew W. Stinson*   _____

                                            Frank M. Gasparo (Admitted Pro Hac Vice)
                                            Venable LLP
                                            1270 Avenue of the Americas
                                            Twenty-Fourth Floor
                                            New York, New York 10020
                                            Telephone:  (212) 307-5500
                                            Facsimile:  (212) 307-5598
                                            fmgasparo@venable.com

                                            Andrew W. Stinson
                                            State Bar No. 24028013
                                            RAMEY & FLOCK PC
                                            100 East Ferguson, Suite 500
                                            Tyler, Texas 75702
                                            Telephone (903) 597-3301
                                            astinston@rameyflock.com

                                            ATTORNEYS FOR DEFENDANT
                                            FRIENDFINDER NETWORKS, INC.


## CERTIFICATE OF SERVICE

The undersigned certifies that on December 30, 2013 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                            */s/ Andrew W. Stinson*   _____
                                            Andrew W. Stinson