UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., <br><br> Plaintiff, <br><br> v. <br><br> FRIENDFINDER NETWORKS, INC., <br><br> Defendant. | CIVIL ACTION NO. 2:13-cv-00396-JRG <br><br> **LEAD CASE** <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANT FRIENDFINDER NETWORKS, INC.'S MOTION TO DISMISS

Upon the motion ("Motion") filed by Defendant FriendFinder Networks, Inc. ("FFNI") pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Civil Rule 7 seeking entry of an order dismissing FFNI as a defendant in the above-captioned proceeding; and upon consideration of the materials submitted in support of the Motion; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Plaintiff ExitExchange Corp.'s Complaint against FFNI in this action is hereby dismissed with prejudice.

3. FFNI is hereby dismissed from this action with prejudice.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.