IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP.<br><br>              Plaintiff,<br><br>v.<br><br>FRIENDFINDER NETWORKS, INC., et al.<br><br>              Defendants.<br>_____ | Case No. 2:13-cv-00396-JRG<br><br>**CONSOLIDATED CASE** |

## DEFENDANTS' NOTICE OF COMPLIANCE

Defendants FriendFinder Networks, Inc., Manwin USA, Inc., Manwin D.P. Corp., WZ Communications Inc., Lemuria Communications, Inc., Travelocity.com LP, KAYAK Software Corporation, and TripAdvisor LLC (collectively, "Defendants"), hereby provide notice to the Court and all counsel of record that, pursuant to the Docket Control Order [Dkt. No. 55], Defendants served their P.R. 4-1 Identification of Proposed Terms and Claim Elements on Counsel for Plaintiff by electronic mail on February 19, 2014.

Dated: February 19, 2014

Respectfully submitted,

*/s/ Andrew W. Stinson*

Frank M. Gasparo (Admitted Pro Hac Vice)
Todd M. Nosher (Admitted Pro Hac Vice)
Venable LLP
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
fmgasparo@venable.com
tmnosher@venable.com

Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK PC
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone (903) 597-3301
astinston@rameyflock.com

ATTORNEYS FOR DEFENDANT
FRIENDFINDER NETWORKS, INC., MANWIN
USA, INC., AND MANWIN D.P. CORP.

/s/ John M. Jackson
John M. Jackson
Texas State Bar No. 24002340
jjackson@jw.com
Nathaniel (Nate) St. Clair II
Texas Bar No. 24071564
nstclair@jw.com
Matthew C. Acosta
Texas State Bar No. 24062577
macosta@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

David Folsom
Texas Bar No. 07210800
JACKSON WALKER L.L.P.
6002-B Summerfeld Drive
Texarkana, TX 75503
dfolsom@jw.com

ATTORNEYS FOR DEFENDANT
TRAVELOCITY.COM L.P., TRIPADVISOR LLC,
KAYAK SOFTWARE CORPORATION, WZ
COMMUNICATIONS INC., AND LEMURIA
COMMUNICATIONS, INC.

/s/ Matthew Shayefar
Matthew Shayefar (Admitted pro hac vice)
Valentin David Gurvits (Admitted pro hac vice)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459

        Telephone: (617) 928-1806
        Facsimile: (617) 928-1802
        matt@bostonlawgroup.com
        vgurvits@bostonlawgroup.com

        ATTORNEYS FOR DEFENDANTS WZ
        COMMUNICATIONS INC. AND LEMURIA
        COMMUNICATIONS, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 19, 2014 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/ Andrew W. Stinson*
        Andrew W. Stinson