IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Case No. 2:13-cv-00396-JRG |
| | § § | **LEAD CASE** |
| | § § | |
| FRIENDFINDER NETWORKS, INC., et al. | § | JURY TRIAL DEMANDED |

## PLAINTIFF EXITEXCHANGE, CORP.'S NOTICE OF P.R. 4-1 DISCLOSURES

Pursuant to the Docket Control Order [Dkt. 55] entered by the Court on November 6, 2013, and the Eastern District of Texas Local Patent Rule 4-1(a), ExitExhange Corp. ("ExitExchange") hereby notifies the Court that it identified the claim terms, phrases and clauses from U.S. Patent No. 7,353,229 ("the '229 patent") that should be construed in this lawsuit to defendants via electronic mail on February 19, 2014.

Respectfully submitted,

Dated: February 19, 2014

By: /s/ Elizabeth L. DeRieux
Susan D. Pitchford
(*To Be Admitted Pro Hac Vice*)
Kevin L. Russell
(*To Be Admitted Pro Hac Vice*)
CHERNOFF VILHAUER LLP
601 SW Second Avenue
Suite 1600
Portland, OR 97204
Telephone: (503) 227-5631
Facsimile: (503) 278-4373

        Email: sdp@chernofflaw.com
        Email: Kevin@chernofflaw.com

        S. Calvin Capshaw
        State Bar No. 03783900
        Elizabeth L. DeRieux
        State Bar No. 05770585
        Jeffrey D. Rambin
        State Bar No. 00791478
        CAPSHAW DERIEUX, L.L.P.
        114 E. Commerce Ave.
        Gladewater, Texas 75647
        Telephone: (903) 236-9800
        Facsimile: (903) 236-8787
        Email: ccapshaw@capshawlaw.com
        Email: ederieux@capshawlaw.com
        Email: jrambin@capshawlaw.com

        ATTORNEYS FOR PLAINTIFF
        EXITEXCHANGE, CORP.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of February, 2014, with a copy of this document via CM/ECF on this same date.

        /s/ Elizabeth L. DeRieux

1