**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EXITEXCHANGE CORP. § | | |
| *Plaintiff*, § | | |
| § | | |
| vs. § | Case No. 2:13-cv-00404-JRG | |
| § | | |
| FRIENDFINDER NETWORKS, INC, § | **JURY TRIAL DEMANDED** | |
| *Defendant*. § | | |
| § | | |
| § | | |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**

Came on for consideration of the Motion to Dismiss by Defendant Friendfinder Networks, Inc (at Dkt. 67). The Court finds it to be without merit, and it is therefore DENIED.