IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>FRIENDFINDER NETWORKS, INC., et al.<br><br>Defendant. | Case No. 2:13-cv-00396-JRG<br><br>**CONSOLIDATED CASE** |

### AGREED MOTION TO STAY ALL DEADLINES APPLICABLE TO CLAIMS INVOLVING DEFENDANTS TRAVELOCITY.COM LP, KAYAK SOFTWARE CORPORATION AND TRIPADVISOR LLC

Plaintiff ExitExchange Corp. and Defendants Travelocity.com LP, KAYAK Software Corporation, and TripAdvisor LLC (collectively, "the Moving Parties"), by and through their undersigned counsel, file this Joint Motion to Stay all deadlines applicable to the claims involving the Moving Parties. The Moving Parties are currently working to prepare and finalize dismissal papers and all preconditions necessary for the filing of dismissal papers. Accordingly, with respect to the claim involving the Moving Parties, the parties respectfully request that the Court stay these proceedings until May 7, 2014, so that the parties can avoid spending time and resources defending or prosecuting the claims in the lawsuit while they work to finalize the dismissal papers and to complete all preconditions necessary for the filing of the dismissal papers. This limited stay is for good cause and so that justice may be served.

Submitted by,

By: _s/ *Kevin L. Russell*_____
Susan D. Pitchford *(Admitted Pro Hac Vice)*
Kevin L. Russell
*(To Be Admitted Pro Hac Vice)*
CHERNOFF VILHAUER LLP
601 SW Second Avenue
Suite 1600
Portland, OR 97204
Telephone: (503) 227-5631
Facsimile: (503) 278-4373
Email: sdp@chernofflaw.com
kevin@chernofflaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Jeffrey D. Rambin
State Bar No. 00791478
CAPSHAWDERIEUX,L.L.P.
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jrambin@capshawlaw.com
ATTORNEYS FOR PLAINTIFF
EXITEXCHANGE, CORP.


/s/ John M. Jackson_____
John M. Jackson
Texas State Bar No. 24002340
jjackson@jw.com
Nathaniel (Nate) St. Clair II
Texas Bar No. 24071564
nstclair@jw.com
Matthew C. Acosta
Texas State Bar No. 24062577
macosta@jw.com

**AGREED MOTION TO STAY ALL DEADLINES APPLICABLE TO CLAIMS INVOLVING DEFENDANTS TRAVELOCITY.COM LP, KAYAK SOFTWARE CORPORATION AND TRIPADVISOR LLC– Page 2**

JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

David Folsom
Texas Bar No. 07210800
JACKSON WALKER L.L.P.
6002-B Summerfeld Drive
Texarkana, TX 75503
dfolsom@jw.com

ATTORNEYS FOR DEFENDANT
TRAVELOCITY.COM L.P., TRIPADVISOR LLC,
KAYAK SOFTWARE CORPORATION,

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, April 7, 2014.

*/s/ John M. Jackson*
John M. Jackson