IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP. § <br> § <br> § <br> Plaintiff, § <br> § Case No. 2:13-cv-00396-JRG <br> v. § <br> § **CONSOLIDATED CASE** <br> FRIENDFINDER NETWORKS, INC., et § <br> al. § <br> § <br> Defendant. § | |

## ORDER

Before the court is the Agreed Motion to Stay All Deadlines Applicable to Claims Involving Defendants Travelocity.com LP, KAYAK Software Corporation, and TripAdvisor LLC ("the Motion"). Plaintiff ExitExchange Corp. ("Plaintiff") and Defendants Travelocity.com LP, KAYAK Software Corporation, and TripAdvisor LLC (collectively "Moving Defendants") have advised the Court that they are currently working on dismissal papers as well as all preconditions necessary to file dismissal papers. Plaintiff and Moving Defendants anticipate that dismissal papers will be filed no later than May 7, 2014. Consequently, the Court is of the opinion that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, that the Agreed Motion to Stay All Deadlines Applicable to Claims Involving Defendants Travelocity.com LP, KAYAK Software Corporation, and TripAdvisor LLC is GRANTED.