IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRIENDFINDER NETWORKS, INC., et al.<br><br>　　　　Defendant. | Case No. 2:13-cv-00396-JRG<br><br>**CONSOLIDATED CASE** |

## STIPULATION

Pursuant to the Court's Order on Defendants Motions to Stay Pending Reexamination of the Patent-in-Suit entered March 31, 2014 (Dkt No. 76), Defendants Lemuria Communications, Inc. and WZ Communications, Inc.(collectively, "Defendants"), by and through their undersigned counsel, file this Stipulation affirming that the parties agree to a 9-month stay conditioned on Lemuria Communications, Inc. and WZ Communications, Inc. agreeing not to challenge United States Patent Number 7,353,229 based on printed publications or other prior art references submitted to, or considered by, the United States Patent and Trademark Office in connection with the reexamination of Patent Number 7,353,229.

Submitted by,

/s/ *Nathaniel St. Clair II*
Matthew Shayefar (Admitted pro hac vice)
Valentin David Gurvits (Admitted pro hac vice)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: (617) 928-1806
Facsimile: (617) 928-1802
matt@bostonlawgroup.com
vgurvits@bostonlawgroup.com

John M. Jackson
Texas State Bar No. 24002340
jjackson@jw.com
Nathaniel (Nate) St. Clair II
Texas Bar No. 24071564
nstclair@jw.com
Matthew C. Acosta
Texas State Bar No. 24062577
macosta@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

David Folsom
Texas Bar No. 07210800
JACKSON WALKER L.L.P.
6002-B Summerfeld Drive
Texarkana, TX 75503
dfolsom@jw.com

**ATTORNEYS FOR DEFENDANT, WZ COMMUNICATIONS INC. AND LEMURIA COMMUNICATIONS, INC.**

**STIPULATION– Page 2**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2014, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, April 7, 2014.

*/s/ Nathaniel St. Clair II*
Nathaniel St. Clair II