IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP.<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FRIENDFINDER NETWORKS, INC., et al.<br><br>　　　　　　Defendants.<br>_____ | Case No. 2:13-cv-00396-JRG<br><br>**CONSOLIDATED CASE** |

## ORDER

Before the court is the Agreed Motion to Stay All Deadlines Applicable to Claims Involving Defendants FriendFinder Networks, Inc., Manwin USA, Inc., and Manwin D.P. Corp. ("the Motion"). Plaintiff ExitExchange Corp. ("Plaintiff") and Defendants FriendFinder Networks, Inc., Manwin USA, Inc., and Manwin D.P. Corp. (collectively "Moving Defendants") have advised the Court that they are currently working on dismissal papers as well as all preconditions necessary to file dismissal papers. Plaintiff and Moving Defendants anticipate that dismissal papers will be filed no later than May 7, 2014. Consequently, the Court is of the opinion that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, that the Agreed Motion to Stay All Deadlines Applicable to Claims Involving Defendants FriendFinder Networks, Inc., Manwin USA, Inc., and Manwin D.P. Corp. is GRANTED.