UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., a Texas corporation<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KAYAK SOFTWARE CORPORATION, a Delaware corporation<br><br>　　　　Defendant. | Civil Action No.: 2:13-cv-00397-JRG<br>Consolidated into<br><br>Civil Action No.: 2:13-cv-00396-JRG<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO DISMISS WITH PREJUDICE**
**DEFENDANT KAYAK SOFTWARE CORPORATION**

Plaintiff ExitExchange Corp. ("ExitExchange") and defendant KAYAK Software Corporation ("referred to as KAYAK"), stipulate that they resolved their dispute, ExitExchange and KAYAK, through their respective attorneys, further stipulate as follows:

1. This Court has personal jurisdiction over ExitExchange and KAYAK, and over the subject matter of this action.

2. Each claim made and that could have been made by ExitExchange against KAYAK, and each counterclaim made and that could have been made by KAYAK against ExitExchange, in this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

4. ExitExchange's claims against the other defendants in this action shall remain pending.

5. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

AGREED TO AND ACCEPTED BY:

/s/ Susan D. Pitchford
Susan D. Pitchford
Chernoff Vilhauer LLP
601 SW 2nd Avenue
Suite 1600
Portland, OR  97204
[sdp@chernofflaw.com]
Telephone: (503) 227-5631
Facsimile: (503) 228-4373
*Counsel for ExitExchange Corp.*


/s/ John M. Jackson
David Folsom
Texas Bar No. 07210800
dfolsom@jw.com
John M. Jackson
Texas Bar No. 24002340
jjackson@jw.com
Nathaniel (Nate) St. Clair II
Texas Bar No. 24071564
nstclair@jw.com
Matthew C. Acosta
Texas Bar No. 24062577
macosta@jw.com
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone:  (214) 953-6000

*Counsel for KAYAK Software Corporation*


**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of May, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

                          */s/ John M. Jackson*
                          John M. Jackson