**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EXITEXCHANGE CORP., a Texas corporation | |
| Plaintiff, | Civil Action No.: 2:13-cv-00406-JRG Consolidated into |
| vs. | Civil Action No.: 2:13-cv-00396-JRG |
| TRIPADVISOR LLC, a Delaware limited liability company | **JURY TRIAL DEMANDED** |
| Defendant. | |

**MOTION TO DISMISS WITH PREJUDICE
DEFENDANT TRIPADVISOR LLC**

Plaintiff ExitExchange Corp. ("ExitExchange") and defendant TripAdvisor LLC ("referred to as TripAdvisor"), stipulate that they resolved their dispute, ExitExchange and TripAdvisor, through their respective attorneys, further stipulate as follows:

1.    This Court has personal jurisdiction over ExitExchange and TripAdvisor, and over the subject matter of this action.

2.    Each claim made and that could have been made by ExitExchange against TripAdvisor, and each counterclaim made and that could have been made by TripAdvisor against ExitExchange, in this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

3.     Each party shall bear its own costs and attorneys' fees.

4.    ExitExchange's claims against the other defendants in this action shall remain pending.

5.    The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

AGREED TO AND ACCEPTED BY:

/s/ Susan D. Pitchford
Susan D. Pitchford
Chernoff Vilhauer LLP
601 SW 2nd Avenue
Suite 1600
Portland, OR  97204
[sdp@chernofflaw.com]
Telephone: (503) 227-5631
Facsimile: (503) 228-4373
*Counsel for ExitExchange Corp.*


/s/ John M. Jackson
David Folsom
Texas Bar No. 07210800
dfolsom@jw.com
John M. Jackson
Texas Bar No. 24002340
jjackson@jw.com
Nathaniel (Nate) St. Clair II
Texas Bar No. 24071564
nstclair@jw.com
Matthew C. Acosta
Texas Bar No. 24062577
macosta@jw.com
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone:  (214) 953-6000

*Counsel for TripAdvisor LLC*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of May, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *John M. Jackson*
John M. Jackson


Motion to Dismiss with Prejudice Defendant TripAdvisor LLC
Page 2 of 2