IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation §§§ | | |
| *Plaintiff*, § | | |
| § | | |
| vs. § | Case No. 2:13-cv-00396-JRG | |
| § | | |
| § | **LEAD CASE** | |
| § | | |
| FRIENDFINDER NETWORKS, INC., et al. § | **JURY TRIAL DEMANDED** | |
| *Defendants*. § | | |

### JOINT MOTION TO DISMISS WITH PREJUDICE DEFENDANT FRIENDFINDER NETWORKS, INC.

Plaintiff ExitExchange Corp. ("ExitExchange") and defendant FriendF'inder Networks, Inc. (referred to as "FriendFinder"), stipulate that they have reached final agreement on settlement of the claims and counterclaims made in this action and all other claims or counterclaims that might have been brought relating to U.S. Patent 7,353,229, and all related patents and patent applications identified in the settlement agreement, based upon the agreement, consent and approval of the parties, ExitExchange and FriendFinder, through their respective attorneys, further stipulate as follows:

1. This Court has personal jurisdiction over ExitExchange and FriendF'inder, and over the subject matter of this action.

2. Each claim made and that could have been made by ExitExchange against FriendFinder, and each counterclaim made and that could have been made by FriendFinder against ExitExchange, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ, P. 41.

3. Counsel for FriendF'inder represent that all copies of the protected information

referenced in the correspondence of March 16, 2014 have been destroyed, sequestered, and/or returned.

    4. Each party shall bear its own costs and attorneys' fees.

    5. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

Respectfully submitted,

Dated: May 7, 2014

By: /s/ Elizabeth L. DeRieux
Susan D. Pitchford
(*To Be Admitted Pro Hac Vice*)
Kevin L. Russell
(*To Be Admitted Pro Hac Vice*)
CHERNOFF VILHAUER LLP
601 SW Second Avenue
Suite 1600
Portland, OR 97204
Telephone: (503) 227-5631
Facsimile: (503) 278-4373
Email: sdp@chernofflaw.com
Email: Kevin@chernofflaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Jeffrey D. Rambin
State Bar No. 00791478
CAPSHAW DERIEUX, L.L.P.
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jrambin@capshawlaw.com

ATTORNEYS FOR PLAINTIFF
EXITEXCHANGE, CORP.

Dated: May 7, 2014    Respectfully submitted,

By:   /s/Todd M. Nosher by perm. ELD
Frank M. Gasparo (Admitted Pro Hac Vice)
Todd M. Nosher (Admitted Pro Hac Vice)
Venable LLP
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
fmgasparo@venable.com
tmnosher@venable.com

Andrew W. Stinson
State Bar No. 24028013
RAMEY & FLOCK PC
100 East Ferguson, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413
astinston@rameyflock.com

Tamany Vinson Bentz (Admitted Pro Hac Vice)
Venable LLP - Los Angeles
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
tjbentz@venable.com

ATTORNEYS FOR DEFENDANT
FRIENDFINDER NETWORKS, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served this May 7, 2014 on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Elizabeth L. DeRieux*