IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation<br>　　　*Plaintiff*,<br><br>vs.<br><br>FRIENDFINDER NETWORKS, INC., et al.<br>　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:13-cv-00396-JRG<br><br>**LEAD CASE**<br><br>J̲U̲R̲Y̲ T̲R̲I̲A̲L̲ D̲E̲M̲A̲N̲D̲E̲D̲ |

## JOINT MOTION TO DISMISS WITH PREJUDICE DEFENDANTS MANWIN USA, INC. AND MANWIN D.P. CORP.

Plaintiff ExitExchange Corp. ("ExitExchange") and defendants Manwin USA, Inc. and Manwin D.P. Corp. ("collectively referred to as Manwin"), stipulate that they have reached final agreement on settlement of the claims and counterclaims made in this action and all other claims or counterclaims that might have been brought relating to U.S. Patent 7,353,229, and all related patents and patent applications identified in the settlement agreement, based upon the agreement, consent and approval of the parties, ExitExchange and Manwin, through their respective attorneys, further stipulate as follows:

1. This Court has personal jurisdiction over ExitExchange and Manwin, and over the subject matter of this action.

2. Each claim made and that could have been made by ExitExchange against Manwin, and each counterclaim made and that could have been made by Manwin against ExitExchange, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

    3. Counsel for Manwin represent that all copies of the protected information referenced in the correspondence of March 16, 2014 have been destroyed, sequestered, and/or returned.

    4. Each party shall bear its own costs and attorneys' fees.

    5. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

                        Respectfully submitted,

Dated: May 7, 2014

                        By:  /s/ Elizabeth L. DeRieux
                              Susan D. Pitchford
                              (*To Be Admitted Pro Hac Vice*)
                              Kevin L. Russell
                              (*To Be Admitted Pro Hac Vice*)
                              CHERNOFF VILHAUER LLP
                              601 SW Second Avenue
                              Suite 1600
                              Portland, OR 97204
                              Telephone: (503) 227-5631
                              Facsimile: (503) 278-4373
                              Email: sdp@chernofflaw.com
                              Email: Kevin@chernofflaw.com

                              S. Calvin Capshaw
                              State Bar No. 03783900
                              Elizabeth L. DeRieux
                              State Bar No. 05770585
                              Jeffrey D. Rambin
                              State Bar No. 00791478
                              CAPSHAW DERIEUX, L.L.P.
                              114 E. Commerce Ave.
                              Gladewater, Texas 75647
                              Telephone: (903) 236-9800
                              Facsimile: (903) 236-8787
                              Email: ccapshaw@capshawlaw.com
                              Email: ederieux@capshawlaw.com
                              Email: jrambin@capshawlaw.com

                              ATTORNEYS FOR PLAINTIFF
                              EXITEXCHANGE, CORP.

Dated: May 7, 2014	Respectfully submitted,

      By:	*/s/Todd M. Nosher by perm. ELD*
        Frank M. Gasparo (Admitted Pro Hac Vice)
        Todd M. Nosher (Admitted Pro Hac Vice)
        Venable LLP
        1270 Avenue of the Americas
        Twenty-Fourth Floor
        New York, New York 10020
        Telephone: (212) 307-5500
        Facsimile: (212) 307-5598
        fmgasparo@venable.com
        tmnosher@venable.com

        Andrew W. Stinson
        State Bar No. 24028013
        RAMEY & FLOCK PC
        100 East Ferguson, Suite 500
        Tyler, Texas 75702
        Telephone: (903) 597-3301
        Facsimile: (903) 597-2413
        astinston@rameyflock.com

        Tamany Vinson Bentz (Admitted Pro Hac Vice)
        Venable LLP - Los Angeles
        2049 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Telephone: (310) 229-9900
        Facsimile: (310) 229-9901
        tjbentz@venable.com

        ATTORNEYS FOR DEFENDANTS
        MANWIN USA, INC. and MANWIN D.P.
        CORP.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served this May 7, 2014 on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ *Elizabeth L. DeRieux*