IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | Case No. 2:13-cv-00396-JRG |
| | § § | **LEAD CASE** |
| | § § | Consolidated Case No. 2:13-cv-401 |
| FRIENDFINDER NETWORKS, INC., et al. | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE DEFENDANTS MANWIN USA, INC. AND MANWIN D.P. CORP.

Pursuant to Fed. R. Civ. P. 41, and as a result of an agreement reached between Plaintiff ExitExchange Corp. ("ExitExchange") and defendants Manwin USA, Inc. and Manwin D.P. Corp. ("collectively referred to as Manwin"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over ExitExchange and Manwin, and over the subject matter of this action.

2. Each claim made and that could have been made by ExitExchange against Manwin, and each counterclaim made and that could have been made by Manwin against ExitExchange, in this action is hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41.

3. Counsel for Manwin represented that all copies of the protected information referenced in the correspondence of March 16, 2014 have been destroyed, sequestered, and/or returned.

4. Each party shall bear its own costs and attorneys' fees.

5. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.