UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., a Texas corporation<br><br>  Plaintiff,<br><br>vs.<br><br>KAYAK SOFTWARE CORPORATION, a Delaware corporation<br><br>  Defendant. | Civil Action No.: 2:13-cv-00397-JRG<br>Consolidated into<br><br>Civil Action No.: 2:13-cv-00396-JRG<br><br>**JURY TRIAL DEMANDED** |

### ORDER OF DISMISSAL WITH PREJUDICE
### OF DEFENDANT KAYAK SOFTWARE CORPORATION

Pursuant to Fed. R. Civ. P. 41, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has personal jurisdiction over ExitExchange Corp. ("ExitExchange") and KAYAK Software Corporation ("KAYAK"), and over the subject matter of this action.

2. Each claim made and that could have been made by ExitExchange against KAYAK, and each counterclaim made and that could have been made by KAYAK against ExitExchange, in this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

3. Each party shall bear its own costs and attorneys' fees.

4. ExitExchange's claims against the other defendants in this action shall remain pending.

5. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

So Ordered and Signed on this

**May 8, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE