## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP., a Texas corporation<br><br>        Plaintiff,<br><br>vs.<br><br>TRIPADVISOR LLC, a Delaware limited liability company<br><br>        Defendant. | Civil Action No.: 2:13-cv-00406-JRG<br>Consolidated into<br><br>Civil Action No.: 2:13-cv-00396-JRG<br><br>**JURY TRIAL DEMANDED** |

### ORDER OF DISMISSAL WITH PREJUDICE
### OF DEFENDANT TRIPADVISOR LLC

Pursuant to Fed. R. Civ. P. 41, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.    This Court has personal jurisdiction over ExitExchange Corp. ("ExitExchange") and TripAdvisor LLC ("TripAdvisor"), and over the subject matter of this action.

2.    Each claim made and that could have been made by ExitExchange against TripAdvisor, and each counterclaim made and that could have been made by TripAdvisor against ExitExchange, in this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41.

3.     Each party shall bear its own costs and attorneys' fees.

4.    ExitExchange's claims against the other defendants in this action shall remain pending.

5.    The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

**So Ordered and Signed on this**

**May 8, 2014**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE