IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP., | § § § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 2:13-cv-396-JRG |
| | § | |
| v. | § § | |
| FRIENDFINDER NETWORKS, INC., et al., | § § § | |
| | § | |
| *Defendants*. | § § § | |

## ORDER

On May 8, 2014 the Court issued an Order Granting Plaintiff ExitExchange Corp. and Defendant FriendFinder Networks, Inc.'s Joint Motion to Dismiss (Dkt. No. 89). The Court thereby dismissed all claims against Defendant FriendFinder, with prejudice. Accordingly, FriendFinder's Motion to Dismiss (Dkt. No. 67) is hereby DENIED AS MOOT.

**So ORDERED and SIGNED this 10th day of May, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE