# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP. a Texas corporation<br><br>Plaintiff,<br><br>vs.<br><br>FRIENDFINDER NETWORKS, INC., et al. | Consolidated Civil Action No.: 2:13-cv-396-JRG<br><br>**CONSOLIDATED CASE**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT REGARDING PENDING REEXAMINATION OF THE PATENT-IN-SUIT

Pursuant to the Court's Memorandum Opinion and Orders on Defendants' Motions to Stay Pending Reexamination of the Patent-in-Suit entered March 31, 2014 and April 10, 2014 (Dkt Nos. 76 and 80), Plaintiff ExitExchange Corporation and Defendants Lemuria Communications, Inc. and WZ Communications, Inc. (collectively, "Defendants"), by and through their respective undersigned counsel, submit this Joint Status Report to advise the Court as to the status of the reexamination proceedings before the United States Patent and Trademark Office ("USPTO") and the need to continue the stay of the pending litigation.

In July 2013, Defendants filed related Motions to Stay this litigation pending the ex parte reexamination of U.S. Patent 7,353,229 (the "'229 Patent"). Within those Motions, Defendants informed the Court that the USPTO issued its first office action, rejecting all twenty-two (22) claims of the '229 Patent, on June 26, 2013.

On August 27, 2013, the patentee filed a response to the rejection wherein eighteen (18) claims of the '229 Patent were voluntarily cancelled by the patentee, four (4) of the original claims were argued, and fifty-seven (57) new claims were added.

On November 13, 2013, the USPTO issued a second Office Action, wherein it again rejected the four (4) original claims of the '229 Patent, and also rejected all fifty-seven (57) new claims of the '229 Patent.

On February 12, 2014, the patentee filed a response to the rejection wherein the response included eighteen (18) cancelled claims, two (2) withdrawn claims, and sixty-four (64) currently pending claims.

On April 15, 2014, the USPTO issued a Final Rejection of all claims, wherein it rejected the pending claims 9, 10, 19, 20, 23-80 and newly submitted claims 81-84. Thus, all of the claims of the '229 Patent remain either rejected or voluntary cancelled.

On July 2, 2014, the patentee filed a Notice of Appeal to the Board of Patent Appeals and Interferences.

Most recently, on October 14, 2014, U.S. Mail sent to the Third Party Requester from the USPTO was returned to the patent examiner as undeliverable, with no forwarding location.

On December 1, 2014 the patentee timely filed an Appeal Brief to The Board Of Patent Appeals And Interferences.

Plaintiff and Defendants respectfully file this notice to provide the Court with a further update regarding the status of reexamination.  True and correct copies of the last Office Action and Notice of Appeal are attached as Exhibits A & B to this Joint Status Report.

Dated:  December 8, 2014

                        Respectfully submitted,

                 By:  /s/ Susan D. Pitchford
                     Susan D. Pitchford
                     Kevin L. Russell
                     (*To Be Admitted Pro Hac Vice*)
                     CHERNOFF VILHAUER LLP
                     601 SW Second Avenue
                     Suite 1600
                     Portland, OR 97204
                     Telephone: (503) 227-5631
                     Facsimile: (503) 278-4373
                     Email: sdp@chernofflaw.com
                     Email: Kevin@chernofflaw.com

                     S. Calvin Capshaw
                     State Bar No. 03783900
                     Elizabeth L. DeRieux
                     State Bar No. 05770585
                     Jeffrey D. Rambin
                     State Bar No. 00791478
                     CAPSHAW DERIEUX, L.L.P.
                     114 E. Commerce Ave.
                     Gladewater, Texas 75647
                     Telephone: (903) 236-9800
                     Facsimile: (903) 236-8787
                     Email: ccapshaw@capshawlaw.com
                     Email: ederieux@capshawlaw.com
                     Email: jrambin@capshawlaw.com

                     ATTORNEYS FOR PLAINTIFF
                     EXITEXCHANGE CORP.

                     */s/John M. Jackson*
                     David Folsom
                     Texas Bar No. 07210800
                     dfolsom@jw.com
                     John M. Jackson
                     Texas Bar No. 24002340
                     jjackson@jw.com
                     Nathaniel St. Clair, II
                     Texas Bar No. 24071564
                     nstclair@jw.com
                     Matthew C. Acosta
                     Texas Bar No. 24062577

macosta@jw.com
JACKSON WALKER LLP
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone:  (214) 953-6000

**ATTORNEYS FOR DEFENDANTS**
*LEMURIA COMMUNICATIONS, INC. and*
*WZ COMMUNICATIONS, INC.*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing is being served via the Court's CM/ECF system on December 8, 2014 on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3).

    /s/ John M. Jackson
    John M. Jackson