IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation § § | | |
| *Plaintiff*, § | | |
| § | | |
| vs. § | Case No. 2:13-cv-00396-JRG | |
| § | | |
| § | **LEAD CASE** | |
| § | | |
| FRIENDFINDER NETWORKS, INC., et al. § | **JURY TRIAL DEMANDED** | |
| *Defendants*. § | | |

## JOINT MOTION TO CONTINUE STAY.

Pursuant to the Joint Status Report filed in this matter (Dkt. No. 92), Plaintiff ExitExchange Corp. ("ExitExchange"), Defendant WZ Communications, Inc. ("WZ"), and Defendant Lemuria Communications, Inc. ("Lemuria"), (collectively, "the parties") jointly move for a continued stay pending reexamination of the subject patent. As the parties reported, on July 2, 2014, the patentee timely filed a Notice of Appeal of the decision on reexamination. On December 1, 2014, the patentee/appellant's brief was timely submitted.

The parties respectfully request further stay of this matter pending resolution of the appeal and any remand.

Respectfully submitted,

Dated: December 30, 2014

By: /s/ Elizabeth L. DeRieux
Susan D. Pitchford
(*Admitted Pro Hac Vice*)
Kevin L. Russell
(*Admitted Pro Hac Vice*)
CHERNOFF VILHAUER LLP
601 SW Second Avenue
Suite 1600

Page 1 of 3

Portland, OR 97204
Telephone: (503) 227-5631
Facsimile: (503) 278-4373
Email: sdp@chernofflaw.com
Email: Kevin@chernofflaw.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Jeffrey D. Rambin
State Bar No. 00791478
CAPSHAW DERIEUX, L.L.P.
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@capshawlaw.com
Email: ederieux@capshawlaw.com
Email: jrambin@capshawlaw.com

ATTORNEYS FOR PLAINTIFF
EXITEXCHANGE, CORP.

Dated: December 30, 2014             Respectfully submitted,

                                By:  */s/ Nathaniel St. Clair*
                                     Valentin David Gurvits
                                     Matthew Shayefar
                                     Boston Law Group, PC
                                     825 Beacon Street
                                     Suite 20
                                     Newton Centre, MA 02459
                                     617.928.1804
                                     Fax: 617.928.1802
                                     Email: vgurvits@bostonlawgroup.com
                                     Email: matt@bostonlawgroup.com

                                     Andrew W. Stinson
                                     State Bar No. 24028013
                                     RAMEY & FLOCK PC
                                     100 East Ferguson, Suite 500
                                     Tyler, Texas 75702
                                     Telephone: (903) 597-3301
                                     Facsimile: (903) 597-2413
                                     astinston@rameyflock.com

        John M Jackson
        Matthew C Acosta
        Nathaniel St. Clair
        Jackson Walker - Dallas
        901 Main Street
        Suite 6000
        Dallas, TX 75202-4207
        214/953-6109
        Email: jjackson@jw.com
        Email: macosta@jw.com
        Email: nstclair@jw.com

        ATTORNEYS FOR DEFENDANTS WZ COMMUNICATIONS, INC. AND LEMURIA COMMUNICATIONS, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served this December 30, 2014 on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

        */s/ Elizabeth L. DeRieux*