**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation | § § | |
| *Plaintiff*, | § § | |
| vs. | § | Case No. 2:13-cv-00396-JRG |
| | § § | **LEAD CASE** |
| | § | |
| FRIENDFINDER NETWORKS, INC., et al. | § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § | |

## ORDER GRANTING JOINT MOTION TO CONTINUE STAY.

CAME ON FOR CONSIDERATION, the Joint Motion to Continue Stay. Having considered the matter and finding it meritorious, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that the stay in this case is continued pending resolution of the appeal and any remand.