IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP. a Texas corporation<br>   *Plaintiff*, | § § § § | |
| vs. | § § | Case No. 2:13-cv-00396-JRG |
| | § § § | **LEAD CASE** |
| FRIENDFINDER NETWORKS, INC., et al.<br>   *Defendants*. | § § | **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO CONTINUE STAY

CAME ON FOR CONSIDERATION, the Joint Motion to Continue Stay. Having considered the matter and finding it meritorious, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that the stay in these consolidated cases is continued pending resolution of the appeal and any remand. It is further ORDERED that the cases are to be administratively closed.

Upon resolution of the proceedings at the PTO, the parties shall file a joint status report and/or such motions as are necessary to re-open or otherwise resolve this action.

So Ordered and Signed on this

**Jan 14, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE