UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EXITEXCHANGE CORP. a Texas corporation<br><br>Plaintiff,<br><br>vs.<br><br>LEMURIA COMMUNICATIONS, INC., WZ COMMUNICATIONS, ET AL. | Consolidated Civil Action No.: 2:13-cv-396-JRG<br><br>**CONSOLIDATED CASE**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE COURT:

1. Please take note of the change of address and contact information for the undersigned attorneys, effective October 12, 2015, as follows:

> JACKSON WALKER, L.L.P.
> 2323 Ross Avenue, Suite 600
> Dallas, Texas 75201

2. All parties are requested to modify their service information to reflect this change. All other contact information, including telephone, facsimile numbers and email address remain the same.

**Page 1**

Dated:  October 8, 2015

                                        Respectfully submitted,

                              By:    */s/John M. Jackson*
                                        David Folsom
                                        Texas Bar No. 07210800
                                        dfolsom@jw.com
                                        John M. Jackson
                                        Texas Bar No. 24002340
                                        jjackson@jw.com
                                        Nathaniel St. Clair, II
                                        Texas Bar No. 24071564
                                        nstclair@jw.com
                                        Matthew C. Acosta
                                        Texas Bar No. 24062577
                                        macosta@jw.com
                                        JACKSON WALKER LLP
                                        901 Main Street, Suite 6000
                                        Dallas, Texas  75202
                                        Telephone:  (214) 953-6000

                                        **ATTORNEYS FOR DEFENDANTS**
                                        ***LEMURIA COMMUNICATIONS, INC. and***
                                        ***WZ COMMUNICATIONS, INC.***

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing is being served via the Court's CM/ECF system on October 8, 2015 on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3).

                                                              /s/ John M. Jackson
                                                              John M. Jackson