IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | Civil Action No. 2:13-CV-396<br>LEAD CASE |
| FRIENDFINDER NETWORKS, INC., | | JURY TRIAL DEMANDED |
| Defendant. | | |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

CAME ON FOR CONSIDERATION, Plaintiff ExitExchange Corp.'s Unopposed Motion for Withdrawal of Counsel. Having considered the motion it is hereby GRANTED.

Accordingly, D. Jeffrey Rambin is hereby withdrawn as counsel of record for ExitExchange Corp. in this matter.