## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| EXITEXCHANGE CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:13-CV-396 |
| | § | LEAD CASE |
| | § | |
| FRIENDFINDER NETWORKS, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

### ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is Plaintiff ExitExchange Corp.'s Unopposed Motion for Withdrawal of Counsel (Dkt. No. 97). Having considered the motion, the Court finds that the Motion should be and is hereby **GRANTED**.

Accordingly, D. Jeffrey Rambin is hereby withdrawn as counsel of record for ExitExchange Corp. in this matter.

**So Ordered this**
Dec 1, 2017

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE